# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2963
L.T. Case Nos. 09-2022-CF-467-A
09-2022-CF-1381-A
09-2023-CF-809-A

_____

SCOTTIE LEE CROSS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Citrus County.
Joel D. Fritton, Judge.

Scottie Lee Cross, Carrabelle, pro se.

No Appearance for Appellee.

June 9, 2026

PER CURIAM.

AFFIRMED.

MAKAR, WALLIS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____